JIMMY GRAHAM, JR., ADMINISTRATOR OF THE ESTATE OF LINK C. GRAHAM v. JAMES F. JACKSON ASSOCIATES, INC., AND REPUBLIC INSURANCE COMPANY

No. 140PA87

(Filed 2 December 1987)

ON discretionary review of the decision of the Court of Appeals, 84 N.C. App. 427, 352 S.E. 2d 878 (1987), affirming in part, reversing in part, judgment entered by *Llewellyn, Judge*, on 14 March 1986 in Superior Court, LENOIR County, and remanding the cause with instructions. Heard in the Supreme Court 9 November 1987.

*Ferguson, Stein, Watt, Wallas & Adkins, P.A., by Frank E. Emory, Jr., for plaintiff appellee.*

*Moore & Van Allen, by George M. Teague and Sarah Wesley Fox, for defendant appellants.*

PER CURIAM.

We conclude that defendant appellants' petition for discretionary review was improvidently allowed.

Discretionary review improvidently allowed.